IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLOVIS LIVESTOCK AUCTION, INC.,

    Plaintiff,

v.   No. 2:24-cv-1296 GBW/DLM

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

    Defendant.

## AMENDED ORDER RESETTING RULE 16 HEARING[1]

**THIS MATTER** is before the Court sua sponte under the Court's inherent power to manage its docket. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("District courts are afforded great discretion regarding control of the docket and parties.") (quoting *United States v. Orozco*, 916 F.3d 919, 925 (10th Cir. 2019)); *SEC v. Mgmt. Sols., Inc.*, 824 F. App'x 550, 553 (10th Cir. 2020) ("[A] district court has the inherent power to 'manage [its] own affairs so as to achieve orderly and expeditious disposition of cases.'") (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). Accordingly, the Scheduling Conference previously set for February 20, 2025 at 8:30 a.m. is hereby **VACATED** and **RESET** to **February 20, 2025 at 1:30 p.m. MST.** To connect to the telephonic status conference, dial: **855-244-8681**, and use access code: **2314 983 7724**. All other provisions of the Initial Scheduling Order (Doc. 5) remain.

**IT IS SO ORDERED.**

                                            DAMIAN L. MARTINEZ
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] This amended order is filed to correct an error in the Court's February 6, 2025 Order. (Doc. 8.)